UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JACOB BECKER,

                Plaintiff,

   v.                               **Civil Action No.  12-CV-0999**

CHECK RESOLUTION SERVICE, INC.,
ROBERT MARCHIANO and OVERSIGHT
BCI, INC.,

                Defendants.
_____

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Jacob Becker, hereby voluntarily dismisses this action against Defendants, Check Resolution Service, Inc., Robert Marchiano and Oversight BCI, Inc. with prejudice.

DATED:  June 13, 2013

/s/ Seth J. Andrews_____
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller, PLLC
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone:  (716) 564-3288
Facsimile:  (716) 332-1884